# First District Court of Appeal
## State of Florida

_____

No. 1D2024-3012
_____

RANDY J. WADE,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Leon County.
Lance E. Neff, Judge.

November 10, 2025


Per Curiam.

    Affirmed.

Lewis, Rowe, and Winokur, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Randy J. Wade, pro se, Appellant.

James Uthmeier, Attorney General, and Robert Charles Lee, Assistant Attorney General, Tallahassee, for Appellee.